**No. 10-8988. Charles Anthony Fuller, Petitioner v. Lewis D. Smith.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 926, 2011 U.S. LEXIS 5094.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 943, 131 S. Ct. 2107, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3162.

**No. 10-9069. Brother Yhwh H. Monroe, Petitioner v. Nancy Krippel, et al.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 926, 2011 U.S. LEXIS 5117.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1009, 131 S. Ct. 2902, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3944.

**No. 10-9085. Kerry Spencer, Petitioner v. Alabama.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 926, 2011 U.S. LEXIS 5100.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1022, 131 S. Ct. 3026, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4719.

**No. 10-9153. Steven D. Simon, Petitioner v. City of Atlanta, Georgia, et al.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 926, 2011 U.S. LEXIS 5108.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3301.

**No. 10-9215. Alison Noboru Matsuda, Petitioner v. Hawaii, et al.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 926, 2011 U.S. LEXIS 5104.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 977, 131 S. Ct. 2877, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3382.

**No. 10-9235. Bennie E. Smith, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 926, 2011 U.S. LEXIS 5085.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 977, 131 S. Ct. 2898, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3403.

**No. 10-9314. Aloysius Thaddeus Henry, Petitioner v. Alabama, et al.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 926, 2011 U.S. LEXIS 5126.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 992, 131 S. Ct. 2448, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3691.